Benjamin Elliot Kaplan, SBN 43456
bekaplan@sbcglobal.net
Douglas Cameron MacLellan, SBN 169933
dcmaclellan@sbcglobal.net
LAW OFFICES OF KAPLAN & MACLELLAN
601 Van Ness Avenue, Suite 2090
San Francisco, CA 94102
Telephone:  (415) 447-8300
Facsimile:   (415) 447-8333

Attorneys for Plaintiff
TIMOTHY RAY RICHARDSON

Thomas M. McInerney, SBN 162055
tmm@ogletreedeakins.com
Jill V. Cartwright, SBN 260519
jill.cartwright@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: (415) 442-4810
Facsimile: (415) 442-4870

Attorneys for Defendants
FLUOR CORPORATION and
FLUOR MAINTENANCE SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| TIMOTHY RAY RICHARDSON, <br><br> Plaintiff, <br><br> v. <br><br> FLUOR CORPORATION; FLUOR MAINTENANCE SERVICES, INC.; DOES 1 THROUGH 10, INCLUSIVE, <br><br> Defendant. | Civil Action No. CV-13-1908-SBA <br><br> STIPULATION AND ORDER SELECTING ADR PROCESS |

Case No. CV-13-1908-SBA
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

1  Counsel report that they have met and conferred regarding ADR and have reached the
2  following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
3  The parties agree to participate in the following ADR process:

**Court Processes:**

☐ Non-binding Arbitration (ADR L.R. 4)

☐ Early Neutral Evaluation (ENE)   (ADR L.R. 5)

☑ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

Private Process:

☐ Private ADR (*please identify process and provider*)

The parties agree to hold the ADR session by:

☑ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

☐ other requested deadline _____

Dated: July 26, 2013                LAW OFFICES OF KAPLAN & MACLELLAN

By:      /s/ Douglas C. MacLellan
         Douglas Cameron MacLellan
         Attorneys for Plaintiff
         TIMOTHY RAY RICHARDSON


Dated:  July 26, 2013               OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:      /s/  Jill V. Cartwright
         Thomas M. McInerney
         Jill V. Cartwright
         Attorneys for Defendants
         FLUOR CORPORATION and
         FLUOR MAINTENANCE SERVICES, INC.

Case No. CV-13-1908-SBA                                                                    page 1
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

**ORDER**

X   The parties' stipulation is adopted and IT IS SO ORDERED.

☐   The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: 7/26/13

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: July 29, 2013          By:  /s/ Jill V. Cartwright
                                   Jill V. Cartwright