| | |
|---|---|
| 1 | Benjamin Elliot Kaplan, SBN 43456 |
| | bekaplan@sbcglobal.net |
| 2 | Douglas Cameron MacLellan, SBN 169933 |
| | dcmaclellan@sbcglobal.net |
| 3 | Law Offices of KAPLAN & MACLELLAN |
| | 601 Van Ness Avenue, Suite 2090 |
| 4 | San Francisco, California 94102 |
| | Telephone:  (415) 447-8300 |
| 5 | Facsimile:   (415) 447-8333 |
| 6 | Attorneys for Plaintiff |
| | TIMOTHY RAY RICHARDSON |
| 7 | |
| 8 | Thomas M. McInerney CA Bar No. 162055 |
| | tmm@ogletreedeakins.com |
| 9 | Jill V. Cartwright CA Bar No. 260519 |
| | jill.cartwright@ogletreedeakins.com |
| 10 | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| | Steuart Tower, Suite 1300 |
| 11 | One Market Plaza |
| | San Francisco, CA  94105 |
| 12 | Telephone:     415.442.4810 |
| | Facsimile:      415.442.4870 |
| 13 | |
| 14 | Attorneys for Defendants |
| | FLUOR CORPORATION and |
| | FLUOR MAINTENANCE SERVICES, INC. |
| 15 | |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 19 | TIMOTHY RAY RICHARDSON | Case No. CV-13-1908-SBA |
| 20 | Plaintiff, | **STIPULATION AND ORDER FOR EXTENDING EXPERT DISCOVERY DEADLINES** |
| 21 | v. | |
| 22 | FLUOR CORPORATION; FLUOR MAINTENANCE SERVICES, INC.; DOES 1 THROUGH 10, INCLUSIVE, | |
| 23 | | |
| | | Complaint Filed: April 25, 2013 |
| 24 | Defendant. | Trial Date:         October 15, 2014 |

Case No. CV-13-1908-SBA
STIPULATION AND [PROPOSED] ORDER FOR EXTENDING EXPERT DISCOVERY DEADLINES

Plaintiff Timothy Ray Richardson and defendants Fluor Corporation ("Fluor") and Fluor Maintenance Services, Inc. ("FMS"), through their respective counsel, respectfully request the Court modify its pretrial scheduling order (Dkt No. 38) to extend the deadline to exchange rebuttal expert reports and the deadline for expert discovery.

1. The Parties request the Court extend the deadline to exchange expert rebuttal disclosures to June 20, 2014. The current deadline is June 13, 2014 and the parties request a one week extension. The extension is requested, in part, because defendants' expert, Dr. Ronald Roberts was delayed in sending his raw data to plaintiff's expert.

2. The Parties request the Court extend the deadline for expert discovery to July 18, 2014. The current deadline to complete expert discovery is July 11, 2014. This one week extension will provide greater flexibility in scheduling the anticipated expert depositions.

3. Neither of the requested extension will conflict with any other pretrial scheduling deadline.

4. Therefore, pursuant to Local Rule 16-2(d)-(e) and Local Rule 7, the Parties herby submit this stipulation for modification of the pretrial scheduling order (Dkt No. 38).

DATED:  June 12, 2014                           LAW OFFICES OF KAPLAN & MACLELLAN

                                                By:  */s/ Douglas MacLellan*
                                                     Douglas Cameron MacLellan

                                                Attorneys for Plaintiff
                                                TIMOTHY RAY RICHARDSON

DATED:  June 12, 2014                           OGLETREE, DEAKINS, NASH, SMOAK &
                                                STEWART, P.C.

                                                By:  */s/ Jill Cartwright*
                                                     Thomas M. McInerney
                                                     Jill V. Cartwright

                                                Attorneys for Defendants
                                                FLUOR CORPORATION and
                                                FLUOR MAINTENANCE SERVICES, INC.

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED:  June 12, 2014          By:   */s/ Jill V. Cartwright*
                                     Jill V. Cartwright

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  _____6/12/2014_____        _____
                                       Saundra Brown Armstrong
                                       United States District Judge

18141917.1