1  Benjamin Elliot Kaplan, SBN 43456
   bekaplan@sbcglobal.net
2  Douglas Cameron MacLellan, SBN 169933
   dcmaclellan@sbcglobal.net
3  Law Offices of KAPLAN & MACLELLAN
   601 Van Ness Avenue, Suite 2090
4  San Francisco, California 94102
   Telephone:  (415) 447-8300
5  Facsimile:   (415) 447-8333

6  Attorneys for Plaintiff
   TIMOTHY RAY RICHARDSON
7

8  Thomas M. McInerney CA Bar No. 162055
   tmm@ogletreedeakins.com
9  Jill V. Cartwright CA Bar No. 260519
   jill.cartwright@ogletreedeakins.com
10 Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
   Steuart Tower, Suite 1300
11 One Market Plaza
   San Francisco, CA  94105
12 Telephone:     415.442.4810
   Facsimile:     415.442.4870
13
   Attorneys for Defendants
14 FLUOR CORPORATION and
   FLUOR MAINTENANCE SERVICES, INC.
15

16                 **UNITED STATES DISTRICT COURT**

17              **NORTHERN DISTRICT OF CALIFORNIA**

18

19 TIMOTHY RAY RICHARDSON              | Case No. CV-13-1908-SBA

20              Plaintiff,             | **SUPPLEMENTAL STIPULATION AND**
                                       | **[PROPOSED] ORDER FOR EXTENDING**
21         v.                          | **EXPERT DISCOVERY DEADLINES**

22 FLUOR CORPORATION; FLUOR
   MAINTENANCE SERVICES, INC.; DOES 1
23 THROUGH 10, INCLUSIVE,
                                       | Complaint Filed:  April 25, 2013
24         Defendant.                  | Trial Date:         October 15, 2014

25

26

27

28

Plaintiff Timothy Ray Richardson and defendants Fluor Corporation ("Fluor") and Fluor Maintenance Services, Inc. ("FMS"), through their respective counsel, respectfully request the Court modify its pretrial scheduling order (Dkt No. 38) to extend the deadline to complete expert discovery.

1.     The Parties request the Court extend the deadline for expert discovery to August 31, 2014.  The current deadline to complete expert discovery is July 18, 2014.  (Dkt. No. 66.)

2.     This extension is necessary to permit the deposition of plaintiff's retained expert, Beth De Lima (set for August 13, 2014), and defendants' retained expert, Ronald Roberts, whose deposition has yet to be set.  The parties are meeting and conferring regarding finalizing a date for Dr. Roberts' deposition.

3.     The requested extension will not conflict with any other pretrial scheduling deadlines.

4.     Therefore, pursuant to Local Rule 16-2(d)-(e) and Local Rule 7, the Parties herby submit this stipulation for modification of the pretrial scheduling order (Dkt. No. 38).


DATED:  July 17, 2014                    LAW OFFICES OF KAPLAN & MACLELLAN

                                         By:   */s/ Douglas MacLellan*
                                               Douglas Cameron MacLellan

                                         Attorneys for Plaintiff
                                         TIMOTHY RAY RICHARDSON


DATED:  July 17, 2014                    OGLETREE, DEAKINS, NASH, SMOAK &
                                         STEWART, P.C.

                                         By:   */s/ Jill Cartwright*
                                               Thomas M. McInerney
                                               Jill V. Cartwright

                                         Attorneys for Defendants
                                         FLUOR CORPORATION and
                                         FLUOR MAINTENANCE SERVICES, INC.

18466855.2

1                                        Case No. CV-13-1908-SBA
SUPPLEMENTAL STIPULATION AND [PROPOSED] ORDER FOR
EXTENDING EXPERT DISCOVERY DEADLINES

1

2

### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this

3

document has been obtained from the other signatories.

4

5

DATED:  July 17, 2014                                    By:  */s/ Jill V. Cartwright*

6                                                                            Jill V. Cartwright

7

8  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9

10

11

DATED:  _____7/21/2014_____          *Saundra B Armstrong*

12                                                                          Saundra Brown Armstrong

13                                                                          United States District Judge

14

18466855.2

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUPPLEMENTAL STIPULATION AND [PROPOSED] ORDER FOR
EXTENDING EXPERT DISCOVERY DEADLINES